IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FATIMA DRAMMEH,**

    **Plaintiff(s),**

   v.

**OHIOHEALTH CORPORATION,**
*et al.*,

    **Defendant(s).**

**Case No. 2:21-cv-4989**
**Chief Judge Algenon L. Marbley**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This case has been reported settled. The parties are **ORDERED** to file a joint written status report by **DECEMBER 17, 2022**, unless an appropriate entry of dismissal has been received prior to that date.

**IT IS SO ORDERED.**

Date:  September 30, 2022

                                     /s/ *Elizabeth A. Preston Deavers*
                                   ELIZABETH A. PRESTON DEAVERS
                                   UNITED STATES MAGISTRATE JUDGE